B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PacificUS Real Estate Group** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4226311** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 North Lake Avenue, Suite 820**<br>**Pasadena, CA**<br>ZIP Code **91101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **1193 Highway 41**<br>**Fish Camp, CA 93623** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

5142

B1 (Official Form 1)(4/10)  Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PacificUS Real Estate Group** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **PacificUS Real Estate Group** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Ron Bender** <br> Signature of Attorney for Debtor(s) <br><br> **Ron Bender 143364** <br> Printed Name of Attorney for Debtor(s) <br><br> **Levene, Neale, Bender, Yoo & Brill LLP** <br> Firm Name <br><br> **10250 Constellation Blvd.** <br> **Suite 1700** <br> **Los Angeles, CA 90067** <br><br> Address <br><br> **(310) 229-1234** <br> Telephone Number <br><br> **July 14, 2011**     143364 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ Paul J. Giuntini** <br> Signature of Authorized Individual <br><br> **Paul J. Giuntini** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **July 14, 2011** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>143364<br>☒ Attorney for: Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PacificUS Real Estate Group<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | **7/14/11** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☒ | Other:   **Related Documents** | Date Filed: | **7/14/11** |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        7/14/11
*Signature of Authorized Signatory of Filing Party*               Date

**Paul J. Giuntini**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____        7/14/11
*Signature of Attorney for Filing Party*               Date

**Ron Bender 143364**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

ACTOIN WITHOUT A MEETING
BY THE BOARD OF DIRECTORS

PACIFICUS REAL ESTATE GROUP,
a California corporation

The undersigned, each being a director of PACIFICUS REAL ESTATE GROUP, a California corporation (the "Corporation"), and collectively constituting all of the directors of the Corporation, hereby consent to adopt the following resolution as a resolution of the Board of Directors of the Corporation:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Paul J. Giuntini, President of PacificUS Real Estate Group, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Corporation; and

BE IT FURTHER RESOLVED, that Paul J. Giuntini, President of PacificUS Real Estate Group, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of this Corporation in connection with said bankruptcy proceedings; and

BE IT RESOLVED FURTHER, that Paul J. Giuntini, President of PacificUS Real Estate Group, be and hereby is, authorized and directed to employ Ronald Bender, attorney and the firm of Levene, Neale, Bender, Yoo & Brill L.L.P., to represent the Corporation in said bankruptcy proceedings."

The foregoing action is taken without a meeting by the written consent of the Board of Directors of the Corporation pursuant to Section 307(b) of the California Corporations Code, and such action is deemed taken as of the 13th day of July, 2011.

_____
Paul J. Giuntini

_____
John W. Jameson

_____
Susan J. Kramer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **PacificUS Real Estate Group**  
                                          Debtor(s)

Case No.  _____  
Chapter  **11**  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Barbara H. Carlsberg<br>2 N. Lake Ave., Suite 820<br>Pasadena, CA 91101 | Barbara H. Carlsberg<br>2 N. Lake Ave., Suite 820<br>Pasadena, CA 91101<br>626-577-1130 | | | 2,094,440.08 |
| Wells Fargo Bank<br>Payment Remittance Center<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 | Wells Fargo Bank<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349<br>800-225-5935 | | | 77,473.57 |
| Bank of America<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200 | Bank of America<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200<br>800-892-8349 | | | 38,459.15 |
| Financial Pacific Leasing<br>P.O. Box 749728<br>Los Angeles, CA 90074-9728 | Financial Pacific Leasing<br>P.O. Box 749728<br>Los Angeles, CA 90074-9728<br>800-447-7107 | | | 36,111.96 |
| Bankdirect Capital Financial<br>P.O. Box 660448<br>Dallas, TX 75266-0448 | Bankdirect Capital Financial<br>P.O. Box 660448<br>Dallas, TX 75266-0448<br>877-226-5456 | | | 14,306.10 |
| Acura Financial Services<br>P.O. Box 60001<br>City of Industry, CA 91716-0001 | Acura Financial Services<br>P.O. Box 60001<br>City of Industry, CA 91716-0001<br>866-950-2439 | | | 14,119.26 |
| BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 | BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103<br>800-578-5000 | | | 8,154.40 |
| Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680 | Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680<br>800-654-6222 | | | 7,719.44 |
| Mitel Leasing, Inc.<br>P.O. Box 972448<br>Dallas, TX 75397-2448 | Mitel Leasing, Inc.<br>P.O. Box 972448<br>Dallas, TX 75397-2448<br>713-844-0797 | | | 7,431.48 |

B4 (Official Form 4) (12/07) - Cont.

In re  **PacificUS Real Estate Group**                                  Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907<br>866-467-8730 | | | 3,741.56 |
| Patricia Maria Moreno<br>125 S. Avenue 53 #13<br>Los Angeles, CA 90042 | Patricia Maria Moreno<br>125 S. Avenue 53 #13<br>Los Angeles, CA 90042<br>323-345-9226 | | | 2,779.76 |
| Los Angeles County Tax Collector<br>P.O. Box 54027<br>Los Angeles, CA 90054-0027 | Los Angeles County Tax Collector<br>P.O. Box 54027<br>Los Angeles, CA 90054-0027 | | | 241.42 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 14, 2011**                    Signature  **/s/ Paul J. Giuntini**
                                                      **Paul J. Giuntini**
                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Name: PacSun, LLC (affiliate)**
   **Case Number: 2:06-bk-16225-ER**
   **Filed: 11/29/06**
   **Nature: Chapter 11**
   **Judge: Ernest M. Robles**
   **Court: C.D. Cal. - Los Angeles Division**
   **Disposition: Closed after entry of order granting PacSun, LLC's motion to dismiss.**
   **Property Listed in Schedule A: Golden Valley Ranch, Santa Clarita, Los Angeles County**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles   , California.       /s/ Paul J. Giuntini
                                                **Paul J. Giuntini, President**
Dated         7/14/11

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                 F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Ron Bender 143364**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone    **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **PacificUS Real Estate Group** | Case No.: |
|---|---|
| | Chapter: **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **July 14, 2011**    /s/ **Paul J. Giuntini**
    **Paul J. Giuntini/President**
    Signer/Title

Date:  **July 14, 2011**    /s/ **Ron Bender**
    Signature of Attorney
    **Ron Bender 143364**
    **Levene, Neale, Bender, Yoo & Brill LLP**
    **10250 Constellation Blvd.**
    **Suite 1700**
    **Los Angeles, CA 90067**
    **(310) 229-1234**

```
PacificUS Real Estate Group
2 North Lake Avenue, Suite 820
Pasadena, CA 91101


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


2 North Lake JV, LLC
Dept. LA 23380
Pasadena, CA 91185


Acura Financial Services
P.O. Box 60001
City of Industry, CA 91716-0001


ADP, INC.
P.O. Box 78415
Phoenix, AZ 85062-8415


Albertine Kramer
3006 Bolling Avenue
La Verne, CA 91750


American Express
P.O. Box 0001
Los Angeles, CA 90096-6158
```

```
Anthem Blue Cross
P.O. Box 54630
Los Angeles, CA 90054-0630


Arrowhead Water
P.O. Box 856158
Louisville, KY 40285-6158


AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200


Bankdirect Capital Financial
P.O. Box 660448
Dallas, TX 75266-0448


Barbara H. Carlsberg
2 N. Lake Ave., Suite 820
Pasadena, CA 91101


BMW Financial Services
P.O. Box 78103
Phoenix, AZ 85062-8103


California Secretarty of State
P.O. Box 944230
Sacramento, CA 94244-2300
```

```
City Club on Bunker Hill
333 South Grand Avenue, 54th Floor
Los Angeles, CA 90071-1563


David J. Giuntini
1258 Hillcrest Avenue
Pasadena, CA 91106


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Environmental Concepts
578 Washington Boulevard #165
Marina Del Rey, CA 90292-5442


Evelyn & Robert Keller
P.O. Box 13
Fish Camp, CA 93623


Exec-U-Care
PO. Box 533204
Charlotte, NC 29290-3204


Financial Pacific Leasing
P.O. Box 749728
Los Angeles, CA 90074-9728


Foodcraft Coffee Service
1625 Riverside Drive
Los Angeles, CA 90031
```

```
Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Guardian
P.O. Box 530157
Atlanta, GA 30353-0157


Infinite Computer Group
21300 Superior Street
Chatsworth, CA 91311


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
P.O. Box 601002
Pasadena, CA 91189-1002


Jennifer M. Scheer
401 E. Viewcrest Drive
Azusa, CA 91702


John William Jameson
304 Myrtle
Laguna Beach, CA 92626


Kaiser Foundation Health Plan, Inc.
File 5915
Los Angeles, CA 90074-5915
```

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY 40290-1680


Mitel Leasing, Inc.
P.O. Box 972448
Dallas, TX 75397-2448


Modern Parking Inc.
c/o CB Richard Ellis
911 E. Colorado Blvd. #210
Pasadena, CA 91107


Neofunds By Neopost
P.O. Box 30193
Tampa, FL 33630-3193


Neopost USA, Inc.
1335 Valwood Parkway
Suite 111
Carrollton, TX 75006


Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025


OneWest Bank
John Spelke
2450 Broadway, Suite 500
Santa Monica, CA 90404

Patricia Maria Moreno
125 S. Avenue 53 #13
Los Angeles, CA 90042


Paul J. Giuntini
1258 Hillcrest Avenue
Pasadena, CA 91106


SCI Dockweiler, LLC
2 North Lake Avenue, Suite 820
Pasadena, CA 91101


Socal Office Technologies
File 50897
Los Angeles, CA 90074-1897


Susan J. Kramer
1610 Oak Tree Lane
Glendora, CA 91741


Sylvia E. Miledi
36 N. Berkeley Avenue
Pasadena, CA 91107


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Wells Fargo Bank
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA 90054-0349