B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **PacificUS Real Estate Group**

Debtor(s)

Case No.   **2:11-bk-40120-ER**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $19,300,000.00 | | |
| B - Personal Property | Yes | 5 | $10,827,898.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $6,226,294.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $173,425.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $7,182,795.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 23 | $30,127,898.99 | $13,582,515.60 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re __PacificUS Real Estate Group__        Case No. __2:11-bk-40120-ER__

Debtor(s) Chapter   __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  **PacificUS Real Estate Group** _____  Case No.  **2:11-bk-40120-ER**
                                     Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Resort Commercial and Single Family Residential .5 Acre Minimum. Located in Fish Camp, south of the south entrance to Yosemite, in Mariposa County, California. | | | | |
| PARCEL 1<br><br>Tax Parcel         010-550-063<br><br>Acreage              .18 acre<br><br>Post Office-1,120 Sq FT<br>7733 Fish Camp Lane<br>Fish Camp, CA. 93623 | Fee Simple Interest | | $300,000.00 | See below * |
| PARCEL 2<br><br>Tax Parcel         010-550-064<br><br>Acreage              2.56 acres<br><br>Zoned Family Residential .5 Acre Minimum; Fully Entitled with Conditional Use Permit and Planned Use Permit | Fee Simple Interest | | $0 | See below * |
| PARCEL 3<br><br>Tax Parcel         010-550-066<br><br>Acreage              44.64 acres<br><br>Zoned for Resort Commercial; Fully Entitled with Conditional Use Permit and Planned Use Permit | Fee Simple Interest | | $18,500,000.00 | See below * |

Sheet 1 of 2 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.
In re   **PacificUS Real Estate Group**                              Case No   **2:11-bk-40120-ER**
                              Debtor(s)

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm-unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| PARCEL 4 <br><br> Tax Parcel    010-500-075 <br> Acreage    .46 acre <br><br> Gas Station <br> 1195 Highway 41 <br> Fish Camp, CA 93623 | | | $500,000 | See below * |

\* Amount Owed at July 1, 2011

| | | |
|---|---|---|
| Alleged First Priority Lien on  Parcels 1-4 | OneWest Bank, FSB <br> 888 Walnut Street <br> Pasadena, CA 91101 | $5,587,257.55 |
| Alleged Second Priority Lien on  Parcels 1-3 | Evelyn & Robert Keller <br> P.O. Box 13 <br> Fish Camp, CA 93623 | $416,754.81 |
| Alleged Second Priority Lien on  Parcels 1-3 | Evelyn & Robert Keller <br> P.O. Box 13 <br> Fish Camp, CA 93623 | $220,000.00 |

Total: **$6,224,012.36**
(Report also on Summary of Schedules)

Sheet 2 of 2 total sheets in Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re **PacificUS Real Estate Group** _____    Case No. **2:11-bk-40120-ER** _____
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty cash | | $500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Union Bank of California<br>900 South Main Street<br>Los Angeles, California 90015<br>Contact: Corrine Higa<br>(213)312-4565<br>(213)312-4562 fax | | |
| | | ******4316 | | $25,904.48 |
| | | ******5002 | | $1,000 |
| | | ******7560 | | $578.89 |
| | | ******5821 | | $78.00 |
| | | ******9266 | | $778.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Pre-paid insurance | | $13,447.33 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **PacificUS Real Estate Group**
_____
Debtor

Case No.  **2:11-bk-40120-ER**
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | | | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Description | Percentage of Interest | Total Value | | Net Value |
| | | CFG Realty, Inc. (a Delaware C Corp) | 100 | $0.00 | | $0.00 |
| | | Heritage Hills Ranch, LLC | Sole Member | $5,000,000.00 | | $5,000,000.00 |
| | | Pac Sun, LLC | 30 | $9,000,000 | | $3,300,000.00 |
| | | PJG/LP Corp (a Calif C Corp) | 100 | $1,000,000.00 | | $1,000,000.00 |
| | | | | $15,000,000.00 | | $9,300,000 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re   **PacificUS Real Estate Group**                                    Case No.   **2:11-bk-40120-ER**
                            Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | Capitalize LLC | | $19,187.50 |
| | | Carlsberg California Properties, LLC | | $1,813.91 |
| | | CFG Realty | | $11,370.00 |
| | | Comprehensive Development | | $621.46 |
| | | Heritage Ranch, LLC | | $88,500.00 |
| | | Mesquite Venture I, LLC | | $25,825.00 |
| | | PacificUS Athletics, LLC | | $316,619.50 |
| | | PacificUS LQ | | $412,032.43 |
| | | PacSun, LLP | | $249,070.31 |
| | | PLG/LP | | $20,952.96 |
| | | PLQ Mesquite Investments | | $41,050.00 |
| | | Silvertip Resort Village-Management Fee | | $218,999.04 |
| | | | | $1,406,042.11 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **PacificUS Real Estate Group**                    Case No.  **2:11-bk-40120-ER**
                    Debtor                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | Office Furniture, Fixtures, Equipment and Tenant Improvements. | | |

| Description | Cost | Depreciation | Net Worth |
|---|---|---|---|
| IBM AS/400 Model 170 | 34,200.10 | (34,200.10) | 0.00 |
| CGC & IBM Software | 28,262.21 | (28,262.21) | 0.00 |
| 7 Dell Computers | 9,813.51 | (9,813.51) | 0.00 |
| HP Printers | 4,091.47 | (4,091.47) | 0.00 |
| Laptop Computer | 2,067.31 | (2,067.31) | 0.00 |
| Furniture & Fixtures | 59,454.36 | (38,741.90) | 20,712.46 |
| Tenant Improvements | 136,830.46 | (77,972.90) | 58,857.56 |
| | **274, 719.42** | **(195,149.40)** | **79,570.02** |

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re **PacificUS Real Estate Group**                                      Case No. **2:11-bk-40120-ER**
                          Debtor                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Total > | $10,827,898.99 |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **PacificUS Real Estate Group**                                    Case No.   **2:11-bk-40120-ER**
                                                    ,
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 2011 Acura TL (Lease) | | | | | |
| **Acura Financial Services** **P.O. Box 60001** **City of Industry, CA 91716-0001** | | - | | | | | | | | |
| | | | | | Value $              **Unknown** | | | | 451.31 | **Unknown** |
| Account No. | | | | | 2009 BMW 328i (Lease) | | | | | |
| **BMW Financial Services** **P.O. Box 78103** **Phoenix, AZ 85062-8103** | | - | | | | | | | | |
| | | | | | Value $              **Unknown** | | | | 811.71 | **Unknown** |
| Account No. | | | | | **Alleged Second and Third Priority Liens on Parcels 1-3 on Schedule A** | | | | | |
| **Evelyn & Robert Keller** **P.O. Box 13** **Fish Camp, CA 93623** | | | | | | | | | | |
| | | | | | Value $     **18,800,000.00** | | | | 636,754.81 | 0.00 |
| Account No. | | | | | **Copier lease** | | | | | |
| **Financial Pacific Leasing** **P.O. Box 749728** **Los Angeles, CA 90074-9728** | | - | | | | | | | | |
| | | | | | Value $              **Unknown** | | | | 0.00 | 0.00 |

|  | | |
|---|---|---|
| **2**   continuation sheets attached | Subtotal | 638,017.83 | 0.00 |
| | (Total of this page) | | |

B6D (Official Form 6D) (12/07) - Cont.

In re    **PacificUS Real Estate Group**                                          Case No.   **2:11-bk-40120-ER**
_____
                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | **2009 Mercedes CLS 550 (Lease)** | | | | | |
| **Mercedes Benz Financial** **P.O. Box 9001680** **Louisville, KY 40290-1680** | - | | | | | | | | | |
| | | | | | Value $             **Unknown** | | | | 969.39 | **Unknown** |
| Account No. | | | | | **Telephone lease** | | | | | |
| **Mitel Leasing, Inc.** **P.O. Box 972448** **Dallas, TX 75397-2448** | - | | | | | | | | | |
| | | | | | Value $             **Unknown** | | | | 0.00 | 0.00 |
| Account No. | | | | | **Postage machine lease** | | | | | |
| **Neofunds By Neopost** **P.O. Box 30193** **Tampa, FL 33630-3193** | - | | | | | | | | | |
| | | | | | Value $             **Unknown** | | | | 0.00 | 0.00 |
| Account No. | | | | | **Postage machine lease** | | | | | |
| **Neopost USA, Inc.** **1335 Valwood Parkway** **Suite 111** **Carrollton, TX 75006** | - | | | | | | | | | |
| | | | | | Value $             **Unknown** | | | | 50.00 | **Unknown** |
| Account No. 10-7123394 | | | | | **Alleged First Priority Lien on Parcels 1-4 on Schedule A** **Alleged First Priority Lien on Cash, Bank Accounts, and Equipment on Schedule B** | | | | | |
| **OneWest Bank** **John Spelke** **2450 Broadway, Suite 500** **Santa Monica, CA 90404** | - | | | | | | | | | |
| | | | | | Value $      **19,407,896.55** | | | | 5,587,257.55 | 0.00 |

Sheet  1  of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 5,588,276.94 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **PacificUS Real Estate Group**                                      Case No.    **2:11-bk-40120-ER**
                                                    ,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **OneWest Bank, FSB 888 Walnut Street Pasadena, CA 91101** | | | **Representing: OneWest Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **OneWest Bank 390 West Valley Parkway Escondido, CA 92025-2635** | | | - | | | | | |
| | | | Value $             0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,226,294.77 | 0.00 |

B6E (Official Form 6E) (4/10)

In re     **PacificUS Real Estate Group** _____,    Case No.    **2:11-bk-40120-ER**
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

       **4**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **PacificUS Real Estate Group**                          Case No.  **2:11-bk-40120-ER**
_____,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Unpaid payroll, accrued interest and unpaid vacation | | | | | |
| David J. Giuntini 1258 Hillcrest Avenue Pasadena, CA 91106 | - | | | | | | | | | 117,730.50 |
| | | | | | | | | | 129,455.50 | 11,725.00 |
| Account No. | | | | | Christmas bonus and unpaid vacation | | | | | |
| Jennifer M. Scheer 401 E. Viewcrest Drive Azusa, CA 91702 | - | | | | | | | | | 13,568.05 |
| | | | | | | | | | 13,568.05 | 0.00 |
| Account No. | | | | | Unpaid vacation | | | | | |
| John William Jameson 304 Myrtle Laguna Beach, CA 92626 | - | | | | | | | | | 7,751.85 |
| | | | | | | | | | 11,848.68 | 4,096.83 |
| Account No. | | | | | Christmas bonus and unpaid vacation | | | | | |
| Patricia Maria Moreno 125 S. Avenue 53 #13 Los Angeles, CA 90042 | - | | | | | | | | | 2,779.76 |
| | | | | | | | | | 2,779.76 | 0.00 |
| Account No. | | | | | Unpaid vacation | | | | | |
| Susan J. Kramer 1610 Oak Tree Lane Glendora, CA 91741 | - | | | | | | | | | 194.12 |
| | | | | | | | | | 194.12 | 0.00 |

Sheet  **1**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 142,024.28 |
| (Total of this page) | 157,846.11 | 15,821.83 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **PacificUS Real Estate Group**                                                    Case No. __2:11-bk-40120-ER__
                                                                ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Christmas bonus and unpaid vacation** | | | | | |
| **Sylvia E. Miledi 36 N. Berkeley Avenue Pasadena, CA 91107** | | - | | | | | | 15,312.91 |
| | | | | | | | 15,312.91 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 15,312.91 |
| (Total of this page) | 15,312.91 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **PacificUS Real Estate Group**                                    Case No.  **2:11-bk-40120-ER**
                                            _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Purposes Only** | | | | | | |
| **California Secretarty of State** **P.O. Box 944230** **Sacramento, CA 94244-2300** | | - | | | | | | **Unknown** | |
| | | | | | | | 25.00 | **Unknown** | |
| Account No. | | | **Business license** | | | | | | |
| **City of Pasadena** **P.O. Box 7115** **Pasadena, CA 91109-7215** | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | **License renewal** | | | | | | |
| **Contractors State License Board** **P.O. Box 26999** **Sacramento, CA 95826-0999** | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | **Car registration renewals** | | | | | | |
| **Department of Motor Vehicles** **2415 1st Avenue Mail Station F101** **Sacramento, CA 95818** | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | **Notice Purposes Only** | | | | | | |
| **Employment Development Dept.** **Bankruptcy Group MIC 92E** **P.O. Box 826880** **Sacramento, CA 94280-0001** | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | 25.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **PacificUS Real Estate Group**                                        Case No.  **2:11-bk-40120-ER**

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Purposes Only** | | | | | |
| **Franchise Tax Board** **Bankruptcy Section, MS: A-340** **P.O. Box 2952** **Sacramento, CA 95812-2952** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Notice Purposes Only** | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Notice Purposes Only** | | | | | |
| **Los Angeles County Tax Collector** **P.O. Box 54027** **Los Angeles, CA 90054-0027** | - | | | | | | | 0.00 |
| | | | | | | | 241.42 | 241.42 |
| Account No. | | | **Real property taxes** | | | | | |
| **Mariposa County Tax Collector** **P.O. Box 247** **Mariposa, CA 95338** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 241.42 | 241.42 |
| Total | | 157,337.19 |
| (Report on Summary of Schedules) | 173,425.44 | 16,063.25 |

B6F (Official Form 6F) (12/07)

In re   **PacificUS Real Estate Group**                                       Case No.   **2:11-bk-40120-ER**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**2 North Lake JV, LLC**<br>**Dept. LA 23380**<br>**Pasadena, CA 91185** | | - | 2 North Lake Avenue, Suite 820 lease | | | | 16,980.49 |
| Account No.<br><br>**2 North Lake JV, LLC**<br>**Dept. LA 23380**<br>**Pasadena, CA 91185** | | - | 911 E. Colorado Blvd., Lieber #3 Basement Storage | | | | 96.00 |
| Account No.<br><br>**ADP, INC.**<br>**P.O. Box 78415**<br>**Phoenix, AZ 85062-8415** | | - | Payroll services | | | | 254.85 |
| Account No.<br><br>**Albertine Kramer**<br>**3006 Bolling Avenue**<br>**La Verne, CA 91750** | | - | Retirement payment | | | | 1,000.00 |

**5**   continuation sheets attached

Subtotal
(Total of this page)                     18,331.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **PacificUS Real Estate Group**                                    Case No.   **2:11-bk-40120-ER**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-6158** | | - | | | | | | 0.00 |
| Account No. <br><br> **Anthem Blue Cross** <br> **P.O. Box 54630** <br> **Los Angeles, CA 90054-0630** | | - | | Employee medical insurance | | | | 0.00 |
| Account No. <br><br> **Arrowhead Water** <br> **P.O. Box 856158** <br> **Louisville, KY 40285-6158** | | - | | Office drinking water | | | | 39.50 |
| Account No. <br><br> **AT&T** <br> **P.O. Box 5025** <br> **Carol Stream, IL 60197-5025** | | - | | Telephone service, Line and Cell | | | | 2,635.96 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 301200** <br> **Los Angeles, CA 90030-1200** | | - | | Advances | | | | 39,202.15 |

Sheet no. __1__ of __5__ sheets attached to Schedule of                                 Subtotal                   | 41,877.61 |
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **PacificUS Real Estate Group**                                    Case No.   **2:11-bk-40120-ER**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bankdirect Capital Financial**<br>**P.O. Box 660448**<br>**Dallas, TX 75266-0448** | | - | | General liability and property insurance | | | | 0.00 |
| Account No.<br><br>**Barbara H. Carlsberg**<br>**2 N. Lake Ave., Suite 820**<br>**Pasadena, CA 91101** | | - | | Advances and accrued interest | | | | 2,339,462.65 |
| Account No.<br><br>**City Club on Bunker Hill**<br>**333 South Grand Avenue, 54th Floor**<br>**Los Angeles, CA 90071-1563** | | - | | Club membership | | | | 246.00 |
| Account No.<br><br>**Environmental Concepts**<br>**578 Washington Boulevard #165**<br>**Marina Del Rey, CA 90292-5442** | | - | | Plant maintenance | | | | 245.00 |
| Account No.<br><br>**Exec-U-Care**<br>**PO. Box 533204**<br>**Charlotte, NC 29290-3204** | | - | | Executive extended insurance | | | | 13,964.27 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,353,917.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **PacificUS Real Estate Group**                                  Case No. __2:11-bk-40120-ER__
_____,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Coffee supplies for the office kitchen | | | | |
| Foodcraft Coffee Service 1625 Riverside Drive Los Angeles, CA 90031 | - | | | | | | | | 0.00 |
| Account No. | | | | | Employee dental insurance | | | | |
| Guardian P.O. Box 530157 Atlanta, GA 30353-0157 | - | | | | | | | | 0.00 |
| Account No. | | | | | Computer hardware maintenance services | | | | |
| Infinite Computer Group 21300 Superior Street Chatsworth, CA 91311 | - | | | | | | | | 91.26 |
| Account No. | | | | | Record storage | | | | |
| Iron Mountain P.O. Box 601002 Pasadena, CA 91189-1002 | - | | | | | | | | 494.46 |
| Account No. | | | | | Employee medical insurance | | | | |
| Kaiser Foundation Health Plan, Inc. File 5915 Los Angeles, CA 90074-5915 | - | | | | | | | | 2,798.00 |

Sheet no. _3_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,383.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **PacificUS Real Estate Group**                                      Case No.   **2:11-bk-40120-ER**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Parking lease | | | | |
| Modern Parking Inc. c/o CB Richard Ellis 911 E. Colorado Blvd. #210 Pasadena, CA 91107 | - | | | | | | | | 700.00 |
| Account No. | | | | | Office supplies | | | | |
| Office Depot P.O. Box 70025 Los Angeles, CA 90074-0025 | - | | | | | | | | 55.34 |
| Account No. | | | | | Governmental services | | | | |
| Parasec P.O. Box 160568 Sacramento, CA 95816-0568 | - | | | | | | | | 0.00 |
| Account No. | | | | | Unpaid loans and accrued interest | | | | |
| Paul J. Giuntini 1258 Hillcrest Avenue Pasadena, CA 91106 | - | | | | | | | | 4,681,517.52 |
| Account No. | | | | | Reimbursement | | | | |
| Paul J. Giuntini 1258 Hillcrest Avenue Pasadena, CA 91106 | - | | | | | | | | 73.70 |

Sheet no. **4** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,682,346.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **PacificUS Real Estate Group**                     Case No.   **2:11-bk-40120-ER**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advances and accrued interest | | | | |
| SCI Dockweiler, LLC 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | - | | | | | | 4,173.57 |
| Account No. | | | Monthly maintenance of copier | | | | |
| Socal Office Technologies File 50897 Los Angeles, CA 90074-1897 | - | | | | | | 106.67 |
| Account No. | | | Petty cash reimbursment | | | | |
| Sylvia E. Miledi 36 N. Berkeley Avenue Pasadena, CA 91107 | - | | | | | | 106.43 |
| Account No. | | | Auto insurance | | | | |
| The Hartford P.O. Box 2907 Hartford, CT 06104-2907 | - | | | | | | 0.00 |
| Account No. | | | Advances | | | | |
| Wells Fargo Bank Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349 | - | | | | | | 78,551.57 |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     82,938.24

Total
(Report on Summary of Schedules)         7,182,795.39

B6G (Official Form 6G) (12/07)

In re    **PacificUS Real Estate Group**                                    Case No.    **2:11-bk-40120-ER**
                                            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

| Name and Address of Parties 6/30/2011 | Description | Contract or Lease Number | Commencement Date | Term | Still owed at |
|---|---|---|---|---|---|
| Acura Financial Services P.O. Box 60001 City of Industry, CA 91716-0001 | 2011 Acura TL Lease/Lessee | 138000729 | 2/24/2011 | 36 Months | $14,119.26 |
| BMW Financail SVS P.O. Box 78103 Phoenix, AZ 85062-8103 | 2009 BMW 3281 SUV Lease/Lessee | 4001105800 | 5/28/2009 | 36 Months | $8,154.40 |
| Mercedes Benz Financial P.O. Box 9001680 Louisville, KY 40290-1680 | 2009 Mercedes-Benz CLS550 Lease/Lessee | 7002868424 | 3/28/2009 | 36 Months | $7,719.44 |
| Financial Pacific Leasing P.O. Box 749728 Los Angeles, CA 90074-9728 | Colorcube 9201 copier Lease/Lessee | 06-0665425-001 | 7/29/2009 | 60 Months | $36,111.96 |
| Mitel Leasing, Inc. P.O. Box 972448 Dallas, TX 75397-2448 | Inter-Tel Axxess Phone System Lease/Lessee | 310768.126316 | 1/20/2010 | 36 Months | $7,431.48 |
| 2 North Lake JV, LLC Dept. LA 23380 Pasadena, CA 91185 | Office Space 2 North Lake Avenue Suite 820 Pasadena, CA Lease/Lessee | None | 11/1/2008 | 60 Months | $490,564.80 |
| 2 North Lake JV, LLC Dept. LA 23380 Pasadena, CA 91185 | Storage Space 911 E. Colorado Blvd Lieberg #3 in Basement Pasadena, CA Lease/Lessee | None | 1/1/2008 | Month to Month 30 term. Notice | $96.00 |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **PacificUS Real Estate Group**                                   Case No.  **2:11-bk-40120-ER**
                                                    Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul J. Giuntini<br>1258 Hillcrest Avenue<br>Pasadena, CA 91106 | OneWest Bank, FSB<br>888 Walnut Street<br>Pasadena, CA 91101<br><br>Acura Financial Services<br>P.O. Box 60001<br>City of Industry, CA 91716-0001<br>Account Number: 138000729<br><br>BMW Financail SVS<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103<br>Account Number: 4001105800<br><br>Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680<br>Account Number: 7002868424<br><br>Financial Pacific Leasing<br>P.O. Box 749728<br>Los Angeles, CA 90074-9728<br>Contract Number: 006-0665425-001 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **PacificUS Real Estate Group** _____    Case No.   **2:11-bk-40120-ER** _____

Debtor(s)                Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 28, 2011** _____    Signature   **/s/ Paul J. Giuntini** _____

**Paul J. Giuntini**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re  **PacificUS Real Estate Group**

Debtor(s)

Case No.  **2:11-bk-40120-ER**

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $122,794.33 | 2011 YTD: All sources |
| $298,821.34 | 2010: All sources |
| $180,000.00 | 2009: All sources |

2

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **See Item 1** |

---

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3.b.** **Amounts still owed per Schedules** | | **$227,813.02** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3.c.** **Amounts still owed per Schedules** | | **$839,027.92** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**Statement of Financial Affairs:**

**3.b  Payment to or for the benefit of creditors within the 90 days**

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| ADP, Inc.<br>P.O. Box 78415<br>Phoenix, AZ  85062-8415 | 4/12/2011<br>5/2/2011<br>5/10/2011<br>5/10/2011<br>5/23/2011<br>6/7/2011<br>6/21/2011 | $126.45<br>$104.15<br>$296.10<br>$90.39<br>$113.75<br>$144.35<br>$136.90 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA  90096-800 | 4/12/2011<br>5/10/2011<br>06/14/11<br>07/11/11 | $8,847.21<br>$5,960.07<br>$3,535.31<br>$2,223.74 |
| Arrowhead<br>P.O. Box 856158<br>Louisville, KY  40285-6158 | 4/26/2011<br>6/1/2011<br>6/27/2011 | $39.50<br>$39.50<br>$39.50 |
| AT&T | 05/10/11<br>06/07/11 | $1,915.22<br>$1,294.18 |
| Bankdirect Capital Financial<br>P.O. Box 660448<br>Dallas, TX  75266-0448 | 5/2/2011<br>6/7/2011 | $2,829.97<br>$2,861.22 |
| Bank of America<br>P.O. Box 301200<br>Los Angeles, CA  90030-1200 | 5/2/2011<br>6/1/2011<br>6/27/2011 | $754.00<br>$760.00<br>$740.00 |
| Books Brothers<br>2 North Lake Avenue<br>Pasadena, CA  91101 | 4/18/2011 | $44.00 |
| Arnica S. Bryant<br>P.O. Box 10121<br>Jackson, WY  83002 | 4/15/2011<br>4/29/2011<br>5/13/2011<br>5/27/2011<br>6/10/2011<br>6/24/2011<br>7/8/2011 | $51.89<br>$0.00<br>$56.61<br>$0.00 |
| Barbara H. Carlsberg  (P/R)<br>P.O. Box 9229<br>Jackson, WY  83002 | 4/15/2011<br>4/29/2011<br>5/13/2011<br>5/27/2011<br>6/10/2011<br>6/24/2011 | $471.75<br>$471.75<br>$471.75<br>$471.75<br>$471.75<br>$471.75 |



**Statement of Financial Affairs:**

**3.b  Payment to or for the benefit of creditors within the 90 days**

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| | 7/8/2011 | $471.75 |
| City Club on Bunker Hill | 4/18/2011 | $246.00 |
| 333 South Grand Avenue, 54th Floor | 5/16/2011 | $246.00 |
| Los Angeles, CA   90071-1563 | | |
| City of Pasadena | 5/23/2011 | $342.15 |
| P.O. Box 7115 | | |
| Pasadena, CA   91109-7215 | | |
| Colliers International | 4/26/2011 | $3,500.00 |
| 20411 SW Birch Street, Suite 310 | | |
| Newport Beach, CA   92660 | | |
| Jamie M. Devries  (P/R) | 4/15/2011 | $489.28 |
| P.O. Box 376 | 4/29/2011 | $489.27 |
| Moran, WY   83013 | 5/13/2011 | $489.28 |
| | 5/27/2011 | $489.28 |
| | 6/10/2011 | $782.27 |
| | 6/24/2011 | $782.26 |
| | 7/8/2011 | $782.27 |
| DMV | | |
| Registration Renewal | 5/16/2011 | $476.00 |
| Environmental Concepts | 4/18/2011 | $245.00 |
| 578 Washington Boulevard #165 | 5/23/2011 | $245.00 |
| Marina Del Rey, CA   90292-5442 | 6/21/2011 | $245.00 |
| Financial Pacific Leasing | 5/10/2011 | $1,003.11 |
| P.O. Box 749728 | 06/07/11 | $1,003.11 |
| Los Angeles, CA   90074-9728 | 7/11/2011 | $1,003.11 |
| Foodcraft Coffee Service | 4/18/2011 | $24.95 |
| 1625 Riverside Drive | 5/16/2011 | $114.84 |
| Los Angeles, CA   90031 | 06/01/11 | $64.94 |
| Guardian | 05/02/11 | $288.48 |
| P.O. Box 530157 | 06/01/11 | $288.48 |
| Atlanta, GA   30353-0157 | 06/27/11 | $288.48 |
| The Hartford | 04/26/11 | $1,146.33 |
| P.O. Box 2907 | 06/01/11 | $553.88 |
| Hartford, CT   06104-2907 | 06/27/11 | $886.54 |
| Infinite Computer Group | 04/18/11 | $91.26 |

**Statement of Financial Affairs:**

**3.b  Payment to or for the benefit of creditors within the 90 days**

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| 21300 Superior Street | 05/23/11 | $91.26 |
| Chatsworth, CA  91311 | 06/21/11 | $91.26 |
| | | |
| Iron Mountain | 04/18/11 | $288.87 |
| P.O. Box 601002 | 05/23/11 | $336.53 |
| Pasadena, CA  91189-1002 | 06/21/11 | $356.61 |
| | 07/11/11 | $494.46 |
| | | |
| Kaiser Foundation Health Plan, Inc. | 05/02/11 | $1,399.00 |
| File 5915 | 06/07/11 | $1,399.00 |
| Los Angeles, CA  90074-5915 | | |
| | | |
| Albertine Kramer | 5/2/2011 | $1,000.00 |
| 3006 Bolling Avenue | 06/07/11 | $1,000.00 |
| La Verne, CA  91750 | | |
| | | |
| Mariposa County Tax | 04/04/11 | $1,877.44 |
| P.O. Box 247 | | |
| Mariposa, CA  95338 | | |
| | | |
| Sylvia Miledi (P/R) | 4/15/2011 | $1,747.27 |
| 36 North Berkeley Ave | 4/29/2011 | $1,747.27 |
| Pasadena, CA  91107 | 5/13/2011 | $1,747.26 |
| | 5/27/2011 | $1,747.26 |
| | 6/10/2011 | $1,747.27 |
| | 6/24/2011 | $1,747.27 |
| | 7/8/2011 | $1,747.26 |
| | | |
| Mitel Leasing, Inc | 04/26/11 | $412.86 |
| P.O. Box 972448 | 05/23/11 | $412.86 |
| Dallas, TX  75397-2448 | 06/21/11 | $412.86 |
| | | |
| Modern Parking Inc. | 5/2/2011 | $668.00 |
| c/o CB Richard Ellis | 06/07/11 | $668.00 |
| 911 E Colorado Dlvd. #210 | | |
| Pasadena, CA  91106 | | |
| | | |
| Patricia Maria Moreno | 4/15/2011 | $853.38 |
| 125 S. Avenue 53 #13 | 4/29/2011 | $856.29 |
| Los Angeles, CA  90042 | 5/13/2011 | $856.28 |
| | 5/27/2011 | $856.28 |
| | 6/10/2011 | $856.29 |
| | 6/24/2011 | $934.71 |
| | 7/8/2011 | $856.27 |
| | | |
| Neofunds By Neopost | 4/12/2011 | $100.00 |
| P.O. Box 30193 | 05/16/11 | $100.00 |

**Statement of Financial Affairs:**

**3.b  Payment to or for the benefit of creditors within the 90 days**

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| Tampa, Fl   33630-3193 | 06/07/11 | $144.71 |
| | 06/14/11 | $150.00 |
| | | |
| Office Depot | 4/12/2011 | $56.20 |
| P.O. Box 70025 | 5/2/2011 | $159.92 |
| Los Angeles, CA   90074-0025 | 6/14/2011 | $99.86 |
| | | |
| OneWest Bank, FSB | 04/14/11 | $15,000.00 |
| 390 West Valley Parkway | 05/16/11 | $30,000.00 |
| Escondido, CA   92025-2635 | 05/27/11 | $20,000.00 |
| | | |
| Parasec | 04/18/11 | $45.00 |
| P.O. Box 160568 | | |
| Sacramento, CA   95816-0568 | | |
| | | |
| Realty Valuation Services | 05/09/11 | $1,500.00 |
| 9846 Research Drive, 1st Floor | | |
| Irvine, CA   92618 | | |
| | | |
| Jennifer M. Scheer  (P/R) | 4/15/2011 | $1,747.27 |
| 401 E. Viewcrest Drive | 4/29/2011 | $1,770.53 |
| Azusa, CA   91702 | 5/13/2011 | $1,747.16 |
| | 5/27/2011 | $1,694.25 |
| | 6/10/2011 | $1,764.82 |
| | 6/24/2011 | $1,747.27 |
| | 7/8/2011 | $1,741.37 |
| | | |
| Stuart J. Reed | 05/23/11 | $3,000.00 |
| 500 Navajo Place | | |
| Danville, CA   94526 | | |
| | | |
| Socal Office Technologies | 4/26/2011 | $146.52 |
| File 50897 | 5/16/2011 | $479.76 |
| Los Angeles, CA   90074-1897 | 06/01/11 | $175.28 |
| | 06/14/11 | $107.03 |
| | 06/27/11 | $68.25 |
| | | |
| 2 North Lake JV, LLC | 04/26/11 | $16,980.49 |
| Dept. LA 23380 | 05/31/11 | $16,980.49 |
| Pasadena, CA   91185 | 06/21/11 | $16,980.49 |
| | | |
| 2 North Lake JV, LLC | 04/26/11 | $96.00 |
| Dept. LA 23380 | 05/31/11 | $96.00 |
| Pasadena, CA   91185 | 06/21/11 | $96.00 |
| | | |
| Wells Fargo Bank | 4/12/2011 | $495.00 |
| Payment Remittance Center | 5/2/2011 | $518.00 |

**Statement of Financial Affairs:**

**3.b  Payment to or for the benefit of creditors within the 90 days**

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| P.O. Box 54349 | 06/01/11 | $511.00 |
| Los Angeles, CA   90054-0349 | | |
| | | |
| Jerome Owen Young  (P/R) | 4/15/2011 | $1,341.73 |
| P.O. Box 303 | 4/29/2011 | $1,341.74 |
| Moran, WY   83013 | 5/13/2011 | $1,341.73 |
| | 5/27/2011 | $1,341.74 |
| | 6/10/2011 | $1,341.74 |
| | 6/24/2011 | $1,341.74 |
| | 7/8/2011 | 1,341.73 |

**TOTAL**                                                              **$227,813.02**

Statement of Financial Affairs:

3.c  Payment to or for the benefit of insiders within the 1 year

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| Acura Financial Services | 3/15/2011 | $455.46 |
| P.O. Box 60001 | 4/18/2011 | $455.46 |
| City of Industry, CA   91716-0001 | 5/10/2011 | $455.46 |
| | 4/18/2011 | $455.46 |
| | 5/10/2011 | $455.46 |
| | 6/14/2011 | $455.46 |
| | | |
| Anthem Blue Cross | 07/26/10 | $2,179.00 |
| P.O. Box 54630 | 08/23/10 | $2,255.00 |
| Los Angeles, CA  90054-0630 | 09/20/10 | $2,255.00 |
| | 10/25/10 | $2,255.00 |
| | 11/22/10 | $2,255.00 |
| | 12/21/10 | $2,255.00 |
| | 01/25/11 | $2,255.00 |
| | 02/23/11 | $2,255.00 |
| | 03/15/11 | $2,255.00 |
| | 04/12/11 | $2,255.00 |
| | 05/23/11 | $2,255.00 |
| | 06/21/11 | $2,344.00 |
| | 07/11/11 | $2,344.00 |
| | | |
| BMW Financial Services | 07/20/10 | $819.17 |
| P.O. Box 78103 | 08/16/10 | $819.17 |
| Phoenix, AZ   85062-8103 | 09/20/10 | $819.17 |
| | 10/25/10 | $819.17 |
| | 01/22/10 | $819.17 |
| | 12/21/10 | $819.17 |
| | 01/19/11 | $819.17 |
| | 02/23/11 | $819.17 |
| | 03/29/11 | $819.17 |
| | 4/26/2011 | $819.17 |
| | 5/16/2011 | $819.17 |
| | 6/21/2011 | $819.17 |
| | | |
| Exec-U-Care | 07/26/10 | $17,051.26 |
| P.O. Box 533204 | 09/28/10 | $250.00 |
| Charlotte, NC   28290-3204 | 01/11/11 | $250.00 |
| | | |
| Daivid J. Giuntini (P/R) | 07/23/10 | $965.71 |
| 1258 Hillcrest Avenue | 08/06/10 | $965.72 |
| Pasadena, CA.  91106 | 08/20/10 | $370.21 |
| | 09/03/10 | $965.71 |
| This is the accrued portion of David's | 09/17/10 | $965.72 |
| Payroll, it does not include the accrued | 10/01/10 | $965.71 |
| interest that he is earning. | 10/15/10 | $965.72 |
| | 10/29/10 | $965.71 |
| | 11/12/10 | $965.72 |
| | 11/26/10 | $965.71 |
| | 12/10/10 | $965.72 |


EXHIBIT 3.c.

Statement of Financial Affairs:

3.c  Payment to or for the benefit of insiders within the 1 year

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| | 12/24/10 | $965.71 |
| | 01/07/11 | $976.66 |
| | 01/21/11 | $976.67 |
| | 02/04/11 | $976.66 |
| | 02/18/11 | $976.67 |
| | 03/04/11 | $976.66 |
| | 03/18/11 | $976.67 |
| | 04/01/11 | $976.66 |
| | 04/15/11 | $976.67 |
| | 04/29/11 | $976.66 |
| | 05/13/11 | $976.67 |
| | 05/27/11 | $976.66 |
| | 06/10/11 | $976.67 |
| | 06/24/11 | $976.66 |
| | 07/08/11 | $976.67 |
| | | |
| Paul J. Giuntini (Reimb) | 07/20/10 | $46.40 |
| 1258 Hillcrest Avenue | 08/16/10 | $46.40 |
| Pasadena, CA.  91106 | 08/16/10 | $342.00 |
| | 09/13/10 | $46.40 |
| | 10/05/10 | $342.00 |
| | 10/18/10 | $46.40 |
| | 11/15/10 | $46.40 |
| | 12/14/10 | $62.70 |
| | 12/14/10 | $342.00 |
| | 01/19/11 | $62.70 |
| | 02/15/11 | $62.70 |
| | 02/15/11 | $375.80 |
| | 03/15/11 | $62.70 |
| | 04/12/11 | $375.80 |
| | 04/18/11 | $62.70 |
| | 05/16/11 | $62.70 |
| | 06/07/11 | $50.00 |
| | 06/14/11 | $375.80 |
| | | |
| Paul J. Giuntini  (Note Payments) | 07/08/10 | $2,000.00 |
| 1258 Hillcrest Avenue | 07/13/10 | $27,944.93 |
| Pasadena, CA.  91106 | 07/14/10 | $2,000.00 |
| | 07/22/10 | $30,000.00 |
| $510,330.46 was recorded as interest | 07/29/10 | $10,000.00 |
| $ 81,365.62 was recorded as principal | 08/02/10 | $3,362.47 |
| | 08/11/10 | $8,000.00 |
| Mr. Giuntini made substantial adcances to | 08/11/10 | $6,000.00 |
| the Debtor during the period covered | 09/02/10 | $3,000.00 |
| herein. | 09/07/10 | $1,631.11 |
| | 09/15/10 | $1,000.00 |
| | 09/22/10 | $30,000.00 |
| | 10/06/10 | $6,000.00 |
| | 10/11/10 | $1,894.19 |
| | 10/14/10 | $5,000.00 |

Statement of Financial Affairs:

3.c  Payment to or for the benefit of insiders within the 1 year

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| | 11/04/10 | $10,000.00 |
| | 11/08/10 | $14,776.62 |
| | 11/08/10 | $5,000.00 |
| | 11/16/10 | $6,000.00 |
| | 12/06/10 | $371.32 |
| | 12/09/10 | $5,000.00 |
| | 12/16/10 | $20,000.00 |
| | 12/23/10 | $80,000.00 |
| | 01/10/11 | $18,034.61 |
| | 01/20/11 | $4,500.00 |
| | 01/27/11 | $14,000.00 |
| | 02/07/11 | $3,546.02 |
| | 02/10/11 | $11,000.00 |
| | 02/22/11 | $12,000.00 |
| | 03/02/11 | $6,264.00 |
| | 03/07/11 | $3,000.00 |
| | 03/09/11 | $16,000.00 |
| | 03/09/11 | $28,000.00 |
| | 03/10/11 | $3,000.00 |
| | 03/16/11 | $10,000.00 |
| | 03/22/11 | $7,000.00 |
| | 04/07/11 | $11,000.00 |
| | 04/11/11 | $7,639.29 |
| | 04/14/11 | $8,000.00 |
| | 04/21/11 | $35,000.00 |
| | 05/02/11 | $5,085.10 |
| | 05/10/11 | $50,000.00 |
| | 05/12/11 | $14,000.00 |
| | 05/19/11 | $10,000.00 |
| | 06/09/11 | $7,000.00 |
| | 06/13/11 | $1,546.42 |
| | 06/23/11 | $14,000.00 |
| | 07/07/11 | $4,000.00 |
| | 07/12/11 | $9,100.00 |
| Guardian | 07/26/10 | $291.95 |
| P.O. Box 530157 | 08/30/10 | $291.95 |
| Atlanta, GA   30353-0157 | 09/28/10 | $291.95 |
| | 11/02/10 | $291.95 |
| | 11/29/10 | $291.95 |
| | 01/11/11 | $291.95 |
| | 01/31/11 | $291.95 |
| | 02/28/11 | $291.95 |
| | 03/29/11 | $291.95 |
| | 05/02/11 | $291.95 |
| | 06/01/11 | $291.95 |
| | 06/27/11 | $291.95 |
| Honda Financial Services | 08/09/10 | $345.55 |
| P.O. Box 165378 | 09/07/10 | $345.55 |

Statement of Financial Affairs:

3.c Payment to or for the benefit of insiders within the 1 year

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| Irving, TX  75016-5378 | 10/05/10 | $345.55 |
| | 11/08/10 | $345.55 |
| | 12/07/10 | $345.55 |
| | 01/20/11 | $345.55 |
| | | |
| John William Jameson | 07/23/10 | $4,041.28 |
| 304 Myrtle | 08/06/10 | $4,041.29 |
| Laguna Beach, CA  92626 | 08/20/10 | $0.00 |
| | 09/03/10 | $3,747.69 |
| | 09/17/10 | $4,090.37 |
| | 10/01/10 | $4,101.35 |
| | 10/15/10 | $4,219.39 |
| | 10/29/10 | $4,440.03 |
| | 11/12/10 | $4,440.02 |
| | 11/26/10 | $4,440.03 |
| | 12/10/10 | $4,440.03 |
| | 12/24/10 | $4,440.02 |
| | 01/07/11 | $4,158.03 |
| | 01/21/11 | $4,158.03 |
| | 02/04/11 | $4,158.04 |
| | 02/18/11 | $4,158.03 |
| | 03/04/11 | $4,158.03 |
| | 03/18/11 | $4,158.03 |
| | 04/01/11 | $4,158.04 |
| | 04/15/11 | $4,158.03 |
| | 04/29/11 | $4,158.03 |
| | 05/13/11 | $4,158.03 |
| | 05/27/11 | $4,158.04 |
| | 06/10/11 | $4,158.03 |
| | 06/24/11 | $4,158.03 |
| | 07/08/11 | $4,158.03 |
| | | |
| Susan J. Kramer  (Reimb.) | 08/09/10 | $331.50 |
| 1610 Oak Tree Lane | 08/09/10 | $310.00 |
| Glendora, CA  91741 | 08/09/10 | $46.40 |
| | 09/20/10 | $46.40 |
| | 09/20/10 | $46.40 |
| | 10/11/10 | $310.00 |
| | 10/18/10 | $46.40 |
| | 11/15/10 | $46.40 |
| | 11/15/10 | $331.50 |
| | 12/01/10 | $310.00 |
| | 01/11/11 | $62.70 |
| | 01/11/11 | $62.70 |
| | 02/15/11 | $340.60 |
| | 02/15/11 | $356.00 |
| | 02/23/11 | $62.70 |
| | 04/12/11 | $340.60 |
| | 03/29/11 | $62.70 |
| | 04/26/11 | $62.70 |

Statement of Financial Affairs:

3.c  Payment to or for the benefit of insiders within the 1 year

| Name & Address | Date Paid | Amount Paid |
|---|---|---|
| | 06/21/11 | $62.70 |
| | 06/21/11 | $346.20 |
| | 06/21/11 | $340.60 |
| | 06/21/11 | $62.70 |
| Susan J. Kramer  (P/R) | 07/23/10 | $2,284.58 |
| 1610 Oak Tree Lane | 08/06/10 | $2,154.53 |
| Glendora, CA   91741 | 08/20/10 | $0.00 |
| | 09/03/10 | $0.00 |
| | 09/17/10 | $0.00 |
| | 10/01/10 | $0.00 |
| | 10/15/10 | $770.74 |
| | 10/29/10 | $1,884.07 |
| | 11/12/10 | $1,617.61 |
| | 11/26/10 | $1,575.80 |
| | 12/10/10 | $0.00 |
| | 12/24/10 | $2,145.85 |
| | 01/07/11 | $2,836.56 |
| | 01/21/11 | $1,528.32 |
| | 02/04/11 | $1,593.04 |
| | 02/18/11 | $2,165.47 |
| | 03/04/11 | $2,232.95 |
| | 03/18/11 | $1,806.25 |
| | 04/01/11 | $782.40 |
| | 04/15/11 | $1,517.55 |
| | 04/29/11 | $1,646.98 |
| | 05/13/11 | $2,550.06 |
| | 05/27/11 | $1,560.70 |
| | 06/10/11 | $0.00 |
| | 06/24/11 | $0.00 |
| | 07/08/11 | $1,711.19 |
| Mercedes-Benz Financial | 07/20/10 | $978.30 |
| P.O. Box 9001680 | 08/16/10 | $978.30 |
| Louisville, KY   40290-1680 | 09/20/10 | $978.30 |
| | 10/18/10 | $978.30 |
| | 11/15/10 | $978.30 |
| | 12/21/10 | $978.30 |
| | 01/19/11 | $978.30 |
| | 02/15/11 | $978.30 |
| | 03/29/11 | $978.30 |
| | 04/18/11 | $978.30 |
| | 05/16/11 | $978.30 |
| | 06/21/11 | $978.30 |

**TOTAL**                                              **$839,027.92**

3

**None** ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5. Repossessions, foreclosures and returns

**None** ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

**None** ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None** ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

**None** ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Aids Life Cycle 2011** **LA Gay & Lesbian** **Dept. 9383** **Los Angeles, CA 90084-9383** | **N.A.** | **6/13/2011** | **$500.00** |

#### 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Levene, Neale, Bender, Yoo & Brill LLP**<br>**1250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | **7/13/11** | **$76,039 (inclusive of Chapter**<br>**11 filing fee)** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                             NAME USED                                    DATES OF OCCUPANCY
**2 North Lake Avenue, Suite 800
Pasadena, CA 91101**

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CFG Realty, Inc. | 77-0378113 | 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Real Estate Development | May 26, 2005 - Current |
| PacSun, LLC | 95-4554761 | 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Real Estate Developer | November 16, 1995 - Current |
| PJG/LP Corp. | 95-4274930 | 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Real Estate Development | May 18, 1990 - Current |
| Heritage Hills Ranch, LLC | 20-2344515 | 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Real Estate Development | February 9, 2005 - Current |
| GVR Construction Corporation | 20-1579891 | 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Construction Manager | August 20, 2004 - December 31, 2010 |
| PacificUS Real Estate Group | 20-4009696 | Retirement Group 2 North Lake Avenue, Suite 820 Pasadena, CA 91101 | Retirement plan | December 28, 2005 - December 31, 2010 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Solomon, Ross, Grey and Company**<br>**16633 Ventura Blvd. Suite 600**<br>**Encino, CA 91436-1862** | **Preparation and filing of tax returns** |
| **Susan J. Kramer**<br>**1610 Oak Tree Lane**<br>**Glendora, CA 91741** | **Corporate Controller and**<br>**Secretary/Treasurer** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Susan J. Kramer** | **1610 Oak Tree Lane**<br>**Glendora, CA 91741** | **Corporate controller and**<br>**Secretary/Treasurer**<br>**Employee since inception, March 5,**<br>**1995** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Paul J. Giuntini** | **1258 Hillcrest Avenue**<br>**Pasadena, CA 91106** |
| **Susan J. Kramer** | **1610 Oak Tree Lane**<br>**Glendora, CA 91741** |
| **Sylvia E. Miledi** | **36 N. Berkely Avenue**<br>**Pasadena, CA 91107** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **OneWest Bank**<br>**John Spelke**<br>**2450 Broadway, Suite 500**<br>**Santa Monica, CA 90404** | **Multiple** |

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None  □   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Paul J. Giuntini<br>1258 Hillcrest Avenue<br>Pasadena, CA 91106 | President | Director, President, 47% shareholder, sole voting shareholder |
| John William Jameson<br>304 Myrtle<br>Laguna Beach, CA 92626 | | Director, Executive Vice President 18% shareholder |
| Susan J. Kramer<br>1610 Oak Tree Lane<br>Glendora, CA 91741 | | Director, Vice President, Treasurer, 12% shareholder |
| David J. Giuntini<br>1258 Hillcrest Avenue<br>Pasadena, CA 91106 | | Vice President 6% shareholder |
| Lisa G. Spahn<br>11732 Wills Creek Road<br>San Diego, CA 92131 | | 6% shareholder |
| Brien P. Giuntini<br>64 Paddington Street, Flat 2<br>London W1U 4JG | | 6% shareholder |
| Robbie E. Monsma<br>10305 Wystone Avenue<br>Porter Ranch, CA 91326-3330 | | 5% shareholder |

**22 . Former partners, officers, directors and shareholders**

None  ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None  □   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Paul J. Giuntini<br>1258 Hillcrest Avenue<br>Pasadena, CA 91106<br><br>See also Item 3.c | | $510,330.46 - payment of a portion of accrued interest owed on advances |

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION
**Pacific US Real Estate Group**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**95-4226311**

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND
**Pacific US Real Estate Group Retirement Trust**
**2 North Lake Avenue, Suite 820**
**Pasadena, CA 91101**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**20-4009696 - This was going to be a**
**retirement plan, no contributions were ever**
**made. The retirement plan was terminated.**

**No contributions were ever made, only $100 to open the bank account. This**
**company has been terminated.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July 28, 2011**

Signature  **/s/ Paul J. Giuntini**
**Paul J. Giuntini**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: **2:11-bk-40120-ER** |
|---|---|
| **PacificUS Real Estate Group** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 76,039.00* |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 76,039.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

    **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Matters which are outside of LNBYB's specialization**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/28/11
*Date*

/s/ Ron Bender
**Ron Bender 143364**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Brill LLP**
*Name of Law Firm*
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

---

* This amount includes the $1,039.00 filing fee. **The Debtor will be liable, and LNBYB will seek to be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **PacificUS Real Estate Group** | CASE NO.: **2:11-bk-40120-ER**<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

### Corporate Ownership Statement Pursuant to
### FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Paul J. Giuntini**                                        , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Paul J. Giuntini**                                        7/28/11
Signature of Attorney or Declarant                        Date

**Paul J. Giuntini**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>CA State Bar Number: **143364** | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **PacificUS Real Estate Group**<br><br>                         Debtor. | CHAPTER 11<br><br>CASE NUMBER **2:11-bk-40120-ER**<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

   **2 North Lake Avenue, Suite 820**
   **Pasadena, CA 91101**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **2 North Lake Avenue, Suite 820**
   **Pasadena, CA 91101**

3. Disclose the current business address(es) for all corporate officers:

   **2 North Lake Avenue, Suite 820**
   **Pasadena, CA 91101**

4. Disclose the current business address(es) where the Debtor's books and records are located:

   **2 North Lake Avenue, Suite 820**
   **Pasadena, CA 91101**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   **7733, 7739 Fish Camp Lane Mariposa, CA, 7625 Forest Drive, Mariposa, CA, and 1195 Highway 41, Fish Camp, CA 93623**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **N/A**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2          **VEN-C**

| In re **PacificUS Real Estate Group** Debtor. | CHAPTER 11 CASE NUMBER **2:11-bk-40120-ER** |
|---|---|

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

   **Paul J. Giuntini, President**

8.   Total number of attached pages of supporting documentation: 0

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on 7/28/11, at Pasadena, California.


**Paul J. Giuntini**
_____
*Type Name of Officer*

**President**
_____
*Position or Title of Officer*

/s/ *Paul J. Gluntini*
_____
*Signature of Declarant*

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **VEN-C**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **PacificUS Real Estate Group**

Debtor

Case No. **2:11-bk-40120-ER**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brien P. Giuntini**<br>**64 Paddington Street, Flat 2**<br>**London W1U 4JG United Kingdom** | | **6%** | **Non-voting** |
| **David J. Giuntini**<br>**1258 Hillcrest Avenue**<br>**Pasadena, CA 91106** | | **6%** | **Non-voting** |
| **John W. Jameson**<br>**304 Myrtle**<br>**Costa Mesa, CA 92626** | | **18%** | **Non-voting** |
| **Lisa G. Spahn**<br>**11732 Wills Creek Road**<br>**San Diego, CA 92131** | | **6%** | **Non-voting** |
| **Paul J. Giuntini**<br>**2 North Lake Avenue, Suite 820**<br>**Pasadena, CA 91101** | | **47%** | **Voting** |
| **Robbie E. Monsma**<br>**10305 Wystone Avenue**<br>**Northridge, CA 91326-3330** | | **5%** | **Non-voting** |
| **Susan J. Kramer**<br>**1610 Oak Tree Lane**<br>**Glendora, CA 91741** | | **12%** | **Non-voting** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 28, 2011**

Signature **/s/ Paul J. Giuntini**
**Paul J. Giuntini**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br>   **PacificUS Real Estate Group**<br>                              Debtor(s). | CASE NO.: 2:11-bk-40120-ER<br>CHAPTER: **11**<br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | **7/28/11** |
| | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☒ | Other:   **Related Documents** | Date Filed: | **7/28/11** |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     **7/28/11** _____
*Signature of Authorized Signatory of Filing Party*     Date

**Paul J. Giuntini**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     **7/28/11** _____
*Signature of Attorney for Filing Party*     Date

**Ron Bender 143364**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy